UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANNY F. ATTERBURY,              No. C 07-1677 MHP (pr)

    Plaintiff,                **ORDER OF DISMISSAL**

    v.

MOHAMMED EL-SABAAWI, M.D.; et al.,

    Defendants.

    Plaintiff sent to the court a letter requesting dismissal of this action in which no defendant has yet made an appearance. The court construes the document to be a request for a voluntary dismissal and GRANTS it. See Fed. R. Civ. P. 41(a). (Docket # 3.) This action is DISMISSED without prejudice to plaintiff filing a new action. The clerk shall close the file.

    IT IS SO ORDERED.

Dated: April 4, 2007

                                          Marilyn Hall Patel
                                          United States District Judge