United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>MOHAMMED EL-SABAAWI, M.D.;<br>et al.,<br><br>    Defendants.               / | No. C 07-1677 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

      Plaintiff sent to the court a letter requesting dismissal of this action in which no defendant has yet made an appearance. The court construes the document to be a request for a voluntary dismissal and GRANTS it. See Fed. R. Civ. P. 41(a). (Docket # 3.) This action is DISMISSED without prejudice to plaintiff filing a new action. The clerk shall close the file.

      IT IS SO ORDERED.

Dated: April 4, 2007

                                                             Marilyn Hall Patel
                                                              United States District Judge